# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| RICHARD MESA, | ) No. CV 07-02403-CJC (VBK) |
| Petitioner, | ) JUDGMENT |
| v. | ) |
| LARRY SCRIBNER, | ) |
| Respondent. | ) |

Pursuant to the Order Accepting and Adopting the Report and Recommendation of the United States Magistrate Judge, and dismissing the Petition for Writ of Habeas Corpus ("Petition") with prejudice,

**IT IS ADJUDGED** that the Petition is dismissed with prejudice.

DATED: April 23, 2009

CORMAC J. CARNEY
UNITED STATES DISTRICT JUDGE